UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PEDRO LUIS ORTEGA PENA PETITIONER

VERSUS CIVIL ACTION NO. 5:26-CV-809-DCB-RPM

RAFAEL VERGARA RESPONDENT

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

Before the Court is Petitioner's [7] Motion for Voluntary Dismissal of Habeas Corpus Petition Without Prejudice. Petitioner filed the instant petition on September 4, 2026, and Respondent just filed its response to the petition on October 8, 2026. [1] [10].

Here, the Court construes Petitioner's motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). Alternatively, to the extent dismissal without prejudice at this juncture must be by court order pursuant to Rule 41(a)(2), the Court finds good cause to grant Petitioner's motion. As explained in his motion, Petitioner's intention is to conclude this federal proceeding because he has been transferred to a different facility and has filed a new petition in the district where he is presently confined. [7].

IT IS THEREFORE ORDERED AND ADJUDGED that Petitioner Pedro Luis Ortega Pena's [7] Motion for Voluntary Dismissal is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A). Alternatively, to the extent dismissal without prejudice at this juncture must be by court order pursuant to Rule 41(a)(2), the motion is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court is directed to terminate the instant action without prejudice pursuant to Petitioner's notice of voluntary dismissal.

SO ORDERED, this the 28th day of October 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE